UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-12928
)
Dennis A. Kovalsky, )  Chapter: 7
)  Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**

Upon the application of Phillip D. Levey, trustee herein, for an order pursuant to 11 U.S.C. Section 327(a), authorizing him to employ William J. Factor and the law firm of FactorLaw of Chicago, Illinois, to serve as special counsel for the estate as set forth in said application, and it appearing that such authorization is in the best interest of the estate, it is

ORDERED, that Phillip D. Levey, trustee herein, is authorized to employ William J. Factor and FactorLaw as special counsel for the estate with respect to any claims against Linda M. Kovalsky, and it is further

ORDERED, that the compensation of William J. Factor and FactorLaw for legal services rendered pursuant to the authorization of this order be equal to one-third (33.33%) of all sums recovered (less set-offs, counter-claims and the like) plus reimbursement of costs advanced subject to the final approval of this Court after the conclusion of such services upon the filing of a proper application therefor.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 06, 2019

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614
773-348-9682